IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| STEPHEN FRANCIS DATTALO | : | 1:10CR368-1 |

The United States Attorney charges:

On or about July 23, 2009, in the Middle District of North Carolina, STEPHEN FRANCIS DATTALO, defendant, did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8), located on computer generated media which contained visual depictions of actual minors engaged in sexually explicit conduct, and such items having been mailed, shipped, or transported in interstate commerce, including by computer; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

_____
ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

_____
JOHN W. STONE, JR.
ACTING UNITED STATES ATTORNEY