FILED: September 6, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4705

(1:10-cr-00368-NCT-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

STEPHEN FRANCIS DATTALO

  Defendant - Appellant

_____

O R D E R

_____

  The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk